UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COUPONCO WORLDWIDE, INC., <br><br>　　　　Plaintiff, <br><br>v. <br><br>HIDDEN PPF LLC, <br><br>　　　　Defendant. | Case No. 1:25-cv-00339-JAV |

### ORDER SETTING ASIDE CLERK'S DEFAULT

Having considered the parties' Joint Stipulation to Set Aside Clerk's Default;

IT IS HEREBY ORDERED that the Clerk's Default entered against Defendant Hidden PPF LLC on March 10, 2025 (ECF No. 11) is set aside. Defendant has thirty (30) days from the date of this Order to file and serve its responsive pleading.

SO ORDERED this ___21st___ day of ___April___, 2025.

_Jeannette Vargas_
Honorable Jeannette A. Vargas
United States District Judge

On March 10, 2025, the Clerk of Court entered a Certificate of Default as to Hidden PPF LLC. ECF No. 11. On April 1, 2025, Christina Mastrucci Lehn, Esq. of Jayaram Law, contacted Plaintiff's counsel stating their firm was representing the Defendant in the above-captioned case. ECF Nos. 17, 18.

The Court finds good cause under Rule 55(c) to vacate the certificate of default. See Commissions Imp. Exp. S.A. v. Republic of the Congo, No. 19 MISC. 195 (KPF), 2020 WL 13560108, at *1 (S.D.N.Y. May 11, 2020). The Clerk of Court is directed to vacate the Certificate of Default.